**Paul Lester MONCRIEF, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28461.

Court of Criminal Appeals of Texas.

June 30, 1956.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Transporting whisky and beer in a dry area is the offense; the punishment, a fine of $200.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.